Filemon Martinez, Jr.                      From the 64th District Court
  Appellant                                     Of Swisher County

v.  07-11-00448-CR                      July 9, 2012

The State of Texas                        Opinion by Chief Justice Quinn
  Appellee

## J U D G M E N T

Pursuant to the opinion of the Court dated July 9, 2012, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o